UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00199-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADHAM NAFEA,

    Defendant.

## ORDER

THIS MATTER came before the Court for a status conference on Wednesday, May 7, 2008 at 1:30 p.m. After hearing from the parties at the conference, I find that it is likely that the Court will need to hold an evidentiary hearing in this matter in the next three to four weeks. I further find that it is imperative that the Defendant be present for such hearing. The Defendant is currently being detained in the Middle District of Florida. To ensure that the Defendant is transported to Colorado in a timely manner in order for him to confer with his counsel and prepare for an evidentiary hearing, it is

ORDERED that the United States Marshal's Service and the United States Attorneys' Office shall expedite efforts to transport the Defendant from the Middle District of Florida to the District of Colorado not later than **Wednesday, May 21, 2008.** It is

FURTHER ORDERED that AUSA Ken Harmon shall contact the United States Marshal's Service in order to expedite and facilitate this transport process.

Dated: May 8, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge