IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00199-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADHAM NAFEA, a/k/a Adham Hassan Hassanain Hassan Nafea,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having reviewed the Motion and being fully advised in the premises finds:

The United States and defendant Adham Nafea entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, Immigration and Customs Enforcement and the Food and Drug Administration, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. §853(n). It is hereby

ORDERED that defendant's interest in the following is forfeited to the United States of America in accordance with 21 U.S.C. § 853:

a. $100,000 money judgment;

   b. 2005 Hummer Utility Vehicle, VIN 5GRGN22U95H133102; and

   c. Breitling watch.

It is

FURTHER ORDERED that Immigration and Customs Enforcement and the Food and Drug Administration, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make your return as provided by law. It is

FURTHER ORDERED that the United States Attorney's Office, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. §853(n) on an official internet government site for at least 30 consecutive days, and to make its return to this Court that such action has been completed. It is

FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure , in which all interests will be addressed.

DATED this 17th day of November, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
Chief United States District Judge