UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00199-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADHAM NAFEA, a/k/a Adham Hassan Hassanain Hassan Nafea,

    Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. §853;

THAT a Preliminary Order of Forfeiture was entered on November 17, 2008;

THAT all known interested parties were provided opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no third-party have filed a claim;

THAT the time for any third-party to file a claim has expired;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of $100,000 received from defendant in satisfaction of the $100,000 money judgment, 2005 Hummer VIN 5GRGN22U95H133102, and

Breitling watch, hereinafter subject property, shall enter in favor of the United States pursuant to 21 U.S.C. §853, free from the claims of any other party;

THAT a Certificate of Reasonable Cause, which this Order constitutes, is hereby entered pursuant to 28 U.S.C. §2465.

THAT the United States shall have full and legal title to the forfeited subject property and may dispose of it in accordance with law.

Dated this 27th day of February, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE